John P. Bovich (SBN 150688)
Email: JBovich@ReedSmith.com
Jonah D. Mitchell (SBN 203511)
Email: JMitchell@ReedSmith.com
Paulo L. Sousa (SBN 288705)
Email: PSousa@ReedSmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
Informatica Corporation

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
4/22/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATICA CORPORATION,<br><br>               Plaintiff,<br><br>     vs.<br><br>PROTEGRITY USA, INC.,<br><br>               Defendant. | Case No.: 4:14-cv-00878-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Informatica Corporation hereby voluntarily dismisses the above-captioned action and all causes of action contained therein against Defendant Protegrity USA, Inc. ("PUSA") without prejudice.  PUSA has filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Therefore, dismissal without prejudice under Federal Rule of Civil Procedure 41(a) is appropriate.

DATED:  April 17, 2014                REED SMITH LLP


By    *John P. Bovich*
   John P. Bovich (SBN 150688)
   Jonah D. Mitchell (SBN 203511)
   Paulo L. Sousa (SBN 288705)

   Attorneys for Plaintiff
   Informatica Corporation